UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**

FEB 01 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

United States of America )
)
v. )
) Case Number
Troy Dylan Williams )
) 5:21-mj-5048-MAS
*Defendant* )
)
)

ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States Courthouse as directed by Court Order.
United States Courthouse as directed by Court Order.

[✓] Defendant must appear at all hearings in this case.

[ ] Defendant must appear on _____

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond if ordered.

> The supervision address for Defendant will be that as stated in the PSR. Defendant may not move or relocate without without prior USPO approval. Defendant shall maintain full compliance with any applicable state bond or other restrictions.

Defendant shall follow the directions and instructions of the USPO in implementing the supervision established by this Order to include meeting times, obligations, locations and other administrative details of supervision.

**ADDITIONAL CONDITIONS OF RELEASE**

☐ (6) The defendant is placed in the custody of:

Person or Organization: 
Address (*only if above is an organization*): 
City and State:   Telephone Number: 

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance in all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: 
*Custodian*   *Date*

☑ (7) The defendant must:

☑ (a) submit to supervision by and report for supervision to the United States Probation Office, telephone number 859-233-2646, not later than: 
☑ (b) continue or actively seek employment.
☐ (c) continue or start an education program.
☑ (d) surrender any passport to USPO.
☑ (e) not obtain a passport or other international travel document.
☑ (f) abide by the following restrictions on personal association, residence or travel:
Travel restricted to EDKY except when traveling to/from court and for work purposes.
☑ (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, except through counsel. This may include: 

☐ (h) get medical or psychiatric treatment: 

☐ (i) return to custody [    ] at [    ] o'clock after being released at [    ] o'clock for employment, schooling, or the following purposes: 

☐ (j) maintain residence at a halfway house or community corrections center, as the pretrial service office or supervising officer considers necessary.
☑ (k) not possess a firearm, destructive device, or other weapon.
☐ (l) not use alcohol ☐ at all ☐ excessively.
☐ (m) not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
☐ (n) submit to testing for prohibited substance if required by the pretrial services officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

- [ ] (o) submit to an initial assessment for inpatient or outpatient substance use disorder therapy. Following the treatment program based upon the assessment and analysis of pretrial serivices.
    - [ ] Defendant shall be placed at: _____
    - [ ] Defendant must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- [ ] (p) participate in one of the following location restrictions programs and comply with its requirements as directed:
    - [ ] **Curfew**: You are restricted to your residence:
        - [ ] Every day from _____ to _____
        - [ ] As directed by the pretrial services officer or supervising officer
    - [ ] **Home Detention**: You are restricted to you residence at all times except for employment; education; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-rdered obligations; or other activities approved in advance by the pretrial services office or supervising officer
    - [ ] **Home Incarceration**: You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court
- [ ] (q) submit to location monitoring as directed by pretrial service office or supervising officer and MAT - comply with all program requirements and instructions provided. Monitoring will be [✓] GPS not or [ ] radio frequency. If the monitoring means directed by the Court is unavailable or applicable unfeasible, pretrial service shall consult with the Court regarding possible monitoring solutions.
    - [ ] Defendant must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- [ ] (r) not open any new lines of credit, money market, savings and/or checking accounts unless approved by the USPO
- [✓] (s) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- [✓] (t) Defendant may not participate in any protests, rallies, or similar demonstrations.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

- (a) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
- (b) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
- (c) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
- (d) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____LEXINGTON, KY_____
*City and State*

Directions to the United States Marshal

The defendant is ORDERED released after processing.*

The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __2/1/21__          _____
                                             *Judicial Officer's Signature*

**Hon. Matthew A. Stinnett, United States Magistrate Judge**
*Printed Name and Title*

* The United States Marshals Service and any law enforcement agency having current custody over a defendant appearing before and released by the Court shall ensure that any jail facility housing or otherwise involved in a defendant's custody received immediate notice of a release order and in a manner that assures timely implementation of the order.